**Exhibit B**



**Exhibit C**



## Exhibit D





**Exhibit E**

