IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

LARGE AUDIENCE DISPLAY
SYSTEMS LLC,

    Plaintiff,

vs.                                       Civil Action No. 2:09-CV-00356

TENNMAN PRODUCTIONS, LLC,      JURY TRIAL DEMANDED
JUSTIN TIMBERLAKE,
LOS ANGELES LAKERS, INC.,
BRITNEY TOURING, INC.,
BRITNEY SPEARS and
PUSSYCAT DOLLS, LLC,

    Defendants.
_____/

**AGREED FIRST MOTION FOR EXTENSION OF TIME FOR DEFENDANT BRITNEY TOURING, INC. TO ANSWER OR OTHERWISE RESPOND**

    Plaintiff, LARGE AUDIENCE DISPLAY SYSTEMS LLC, files this First Agreed Motion to Extend Time for Defendant, BRITNEY TOURING, INC., to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement and in support of same would show the Court as follows:

    Defendant, BRITNEY TOURING, INC., is requesting to extend the deadline to file its answer from December 15, 2009 to January 30, 2010. Plaintiff has agreed to such an extension. The parties respectfully request that Defendant, BRITNEY TOURING, INC., be granted an extension of time to file its answer or otherwise respond to Plaintiff's Complaint for Patent Infringement to January 30, 2010.

    WHEREFORE, PREMISES CONSIDERED, Plaintiff, LARGE AUDIENCE DISPLAY SYSTEMS LLC, respectfully moves the Court to extend the deadline as set forth

above pursuant to the request of Defendant, BRITNEY TOURING, INC., and for such other and further relief as the parties may show themselves justly entitled.

Dated: 12/18/09 Respectfully submitted,

By: /s/ Michael G. Burk
The BURK LAW FIRM, P.C.
Michael G. Burk
Texas Bar No. 03386500
burk@burklaw.com
248 Addie Roy Road, Suite A-203
Austin, Texas 78746
Phone: (512) 306-9828
Facsimile: (512) 306-9825
Lead Counsel
• • •
Of Counsel to the Burk Law Firm, P.C.:
Colten W. Smith
Texas State Bar No. 50511600
smith@burklaw.com
Joseph W. Schultz
Texas State Bar No. 24002913
schultz.oc@burklaw.com
248 Addie Roy Road, Suite A-203
Austin, Texas 78746
Phone: (512) 306-9828
Facsimile: (512) 306-9825
• • •
MEYERTONS, HOOD, KIVLIN,
KOWERT & GOETZEL, P.C.
Eric B. Meyertons
Texas State Bar No. 14004400
emeyertons@intprop.com
Ryan T. Beard
Texas State Bar No. 24012264
rbeard@intprop.com
700 Lavaca, Suite 800
Austin, Texas 78701
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)
ATTORNEYS FOR PLAINTIFF

3

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 18th day of December, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                                  /s/ Michael G. Burk
                                                                  Michael G. Burk