IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

LARGE AUDIENCE DISPLAY
SYSTEMS LLC,

    Plaintiff,

vs.                                                                                            Civil Action No. 2:09-CV-00356

TENNMAN PRODUCTIONS, LLC,    JURY TRIAL DEMANDED
JUSTIN TIMBERLAKE,
LOS ANGELES LAKERS, INC.,
BRITNEY TOURING, INC.,
BRITNEY SPEARS and
PUSSYCAT DOLLS, LLC,

    Defendants.
_____/

**ORDER**

Came on for consideration the Agreed First Agreed Motion to Extend Time for Defendant, BRITNEY TOURING, INC., to Answer or Otherwise Respond, and the Court is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Agreed First Agreed Motion to Extend Time for Defendant, BRITNEY TOURING, INC., to Answer or Otherwise Respond is GRANTED and the deadline for Defendant, BRITNEY TOURING, INC., to file its Answer to Plaintiff's Complaint for Patent Infringement or to otherwise respond is extended to January 30, 2010.