IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LARGE AUDIENCE DISPLAY SYSTEMS LLC, | |
| Plaintiff, | |
| vs. | Civil Action No. 2:09-CV-00356 |
| TENNMAN PRODUCTIONS, LLC, JUSTIN TIMBERLAKE, LOS ANGELES LAKERS, INC., BRITNEY TOURING, INC., BRITNEY SPEARS and PUSSYCAT DOLLS, LLC, | JURY TRIAL DEMANDED |
| Defendants. | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST PUSSYCAT DOLLS, LLC

TO THE HONORABLE T. JOHN WARD:

Plaintiff LARGE AUDIENCE DISPLAY SYSTEMS LLC (hereafter sometimes "LADS" or "Plaintiff"), files this Notice of Dismissal without Prejudice of all Claims against Pussycat Dolls, LLC and would respectfully show the Court as follows:

Plaintiff filed this action on November 11, 2009, asserting claims for patent infringement and inducement of patent infringement against Defendants, including Defendant Pussycat Dolls, LLC. (Dkt. No. 1). Defendant Pussycat Dolls, LLC was served with this lawsuit, but due to having been granted several extensions, Defendant Pussycat Dolls, LLC has not filed an answer as of the filing of this Notice.

Plaintiff now desires to dismiss all of Plaintiff's claims against Defendant Pussycat Dolls, LLC in this lawsuit without prejudice and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without limitation, Plaintiff files this Notice of Dismissal without Prejudice and hereby gives notice of the dismissal of all claims against Defendant Pussycat Dolls, LLC in this lawsuit without prejudice to the re-filing of such claims.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Large Audience Display Systems, LLC hereby gives notice of the dismissal of all claims against Pussycat Dolls, LLC in this lawsuit without prejudice, and to the extent the Court deems it appropriate to enter an Order reflecting the same, Plaintiff respectfully requests that the Court do so.

Respectfully Submitted,

**The BURK LAW FIRM, P.C.**

/s/ Michael G. Burk

Michael G. Burk
Texas Bar No. 03386500
burk@burklaw.com
248 Addie Roy Road, Suite A-203
Austin, Texas 78746
Phone: (512) 306-9828
Facsimile: (512) 306-9825
**Lead Counsel**

• • •

**Of Counsel to the Burk Law Firm, P.C.:**
Colten W. Smith
Texas State Bar No. 50511600
smith@burklaw.com
Joseph W. Schultz
Texas State Bar No. 24002913
schultz.oc@burklaw.com
248 Addie Roy Road, Suite A-203
Austin, Texas 78746
Phone: (512) 306-9828
Facsimile: (512) 306-9825

. . .

**MEYERTONS, HOOD, KIVLIN,
KOWERT & GOETZEL, P.C.**
Eric B. Meyertons
Texas State Bar No. 14004400
emeyertons@intprop.com
Ryan T. Beard
Texas State Bar No. 24012264
rbeard@intprop.com
700 Lavaca, Suite 800
Austin, Texas 78701
(512) 853-8800 (telephone)
(512) 853-8801 (facsimile)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and, pursuant to Local Rule CV-5(a)(3), all counsel of record who are deemed to have consented to electronic service in this case have therefore been served on that date with a copy of the foregoing.

/s/ Michael G. Burk
Michael G. Burk

3