1   Ryan T. Beard (admitted *pro hac vice*)
    rbeard@intprop.com
2   **MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL**
    1120 South Capital of Texas HWY
3   Building 2, Suite 300
    Austin, Texas 78746
4   Tel: (512) 853-8800 / Fax: (512) 853-8833

5   Michael G. Burk (admitted *pro hac vice*)
    burk@burklaw.com
6   **The BURK LAW FIRM, P.C.**
    248 Addie Roy Road, Suite A-203
7   Austin, Texas 78746
    Phone:  (512) 306-9828 / Facsimile:  (512) 306-9825

8
    Christopher L. Pitet (SBN 196861),
9   cpitet@octrials.com
    GROBATY AND PITET LLP
10  100 Bayview Circle, Suite 201
    Newport Beach, CA  92660
11  (949) 502-7760 (telephone)
    (949) 502-7762 (facsimile)

12
    *Attorneys for Plaintiff*
13  Large Audience Display Systems LLC

14

15                **UNITED STATES DISTRICT COURT**

16                **CENTRAL DISTRICT OF CALIFORNIA**

17
    LARGE AUDIENCE DISPLAY          ) Case No. CV 11-03398 AHM (RZx)
18  SYSTEMS, LLC                    )
                                    )
19                                  ) DECLARATION OF MICHAEL G.
                 Plaintiff,         ) BURK IN SUPPORT OF
20                                  ) PLAINTIFF'S OPPOSITION TO
            vs.                     ) DEFENDANTS' MOTION TO STAY
21                                  ) PENDING OUTCOME OF
                                    ) REEXAMINATION
22                                  )
    TENNMAN PRODUCTIONS, LLC,       )
23  JUSTIN TIMBERLAKE, THE LOS      )
    ANGELES LAKERS, INC., BRITNEY   )
24  TOURING, INC., BRITNEY SPEARS,  ) Hearing Date: January 9, 2012
    STEVE DIXON and MUSIC TOUR      ) Hearing Time: 10:00 a.m.
25  MANAGEMENT, INC.,               ) Place: Courtroom 14
                                    ) Hon. A. Howard Matz
26                                  )
                                    )
27               Defendants.        )
                                    )
28  _____)

                                1

1

2     1.     My name is Michael G. Burk.  I am over the age of 21, of sound mind,

3     and competent to make this declaration.  I am the lead counsel of record for Plaintiff

4     Large Audience Display Systems LLC ("LADS") in the above-mentioned proceeding.

5     I submit this Declaration in support of Plaintiff's opposition to Defendants' *Motion for*

6     *Stay Pending Outcome of Reexamination.*     I have personal knowledge of the facts

7     contained herein.

8     2.     LADS filed this lawsuit in the Eastern District of Texas on November 11,

9     2009.  Defendants waited until November 11, 2011, a full two years after the filing of

10    this lawsuit, to file their Request for Reexamination with the United States Patent

11    Office.

12    3.     Defendants' accused infringing products are not mass-produced and sold

13    worldwide.  The Defendants' infringing large audience display systems are custom-

14    built systems believed to cost hundreds of thousands of dollars and which involve

15    numerous components (*e.g.,* large displays, huge structures for supporting the displays,

16    projection systems, mechanical components for controlling the displays, complex

17    sound and computer systems, etc.).

18    4.     According to an e-mail dated October 11, 2011 from counsel for

19    Defendants Tennman Productions, LLC, Justin Timberlake, Britney Touring, Inc., and

20    Britney Spears (a true and correct copy of which is attached hereto as **Exhibit 1**) and

21    my telephone conversations with such counsel, those Defendants no longer possess the

22    components for their infringing systems.  According to this attached e-mail from

23    counsel for Defendants Tennman Productions, LLC, Justin Timberlake, Britney

24    Touring, Inc., and Britney Spears and my telephone conversations with such counsel,

25    the components were leased from third parties and returned after the end of their

26    respective tours.  It is my understanding that employees hired by Defendants Tennman

27    Productions, LLC, Justin Timberlake, Britney Touring, Inc., and Britney Spears for the

28

tours were under contract for the specific tours, and, once those tours ended, the employees moved on to other opportunities.

5.   Discovery has begun in this case after the long motion to transfer venue proceedings that resulted in the transfer of this case from the Eastern District of Texas to this Court.  Initial disclosures have been made by all of the parties and Plaintiff has sent Defendants requests for production, interrogatories, and deposition notices.  After having requested and received Plaintiff's agreement to several extensions of time, Defendants will be responding to requests for production and interrogatories prior to the hearing on Defendants motion to stay, and by agreement of the parties in order to avoid a motions practice, depositions will follow shortly thereafter if this Court denies Defendants' *Motion to Stay*.  Additionally, the Court has already set a trial date.

6.   Attached hereto are true and correct copies of the following documents:

**Exhibit 1**:   10/21/11 Email from Andrew Langsam

**Exhibit 2**:   United States Patent No. 6,669,346 (the "346 Patent")

**Exhibit 3**:   *Inter Partes* Reexamination Filing Data – September 30, 2011

**Exhibit 4**:   USPTO Fiscal Year 2011 Performance Measures

**Exhibit 5**:   US Court of Appeals for the Federal Circuit Median Time to Disposition in Cases Terminated After Hearing or Submission

**Exhibit 6**:   Declaration of Steve Dixon

**Exhibit 7**:   Declaration of Kevin Bilida

**Exhibit 8**:   Declaration of James L. Perzik

**Exhibit 9**:   United States Patent No. 6,280,341 B1 ("Hayashi")

1        I declare under penalty of perjury of the laws of the United States of America

2   that the foregoing is true and correct."

3        Executed on December 8, 2011.

Michael G. Burk