JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGE AUDIENCE DISPLAY SYSTEMS, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>TENNMAN PRODUCTIONS, LLC, et al.,<br><br>    Defendant(s)<br>_____ | CASE NO. CV11-03398-AHM (RZx)<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY |

On May 29, 2012, the Court granted defendants' motion to stay this action pending the outcome of the reexamination of the patent with the U.S. Patent and Trademark Office;

    IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

In the May 29, 2012 Order, counsel for moving defendants was ordered to file a status update on the Request for Reexamination every 90 days and when any significant developments occur.

///

1

Case 2:11-cv-03398-R-RZ   Document 184   Filed 06/11/12   Page 2 of 2   Page ID #:2164

1  This Court retains jurisdiction over this action and this Order shall not
2  prejudice any party to this action.
3      IT IS SO ORDERED.
4  DATED: June 11, 2012

                                                                                                      _____
5                                                                                     A. HOWARD MATZ
6  **JS-6**                                                              United States District Judge

2