| | |
|---|---|
| 1 | Michael G. Burk (admitted pro hac vice) |
|   | burk@burklaw.com |
| 2 | The BURK LAW FIRM, P.C. |
|   | 248 Addie Roy Road, Suite A-203 |
| 3 | Austin, Texas 78746 |
|   | Phone:  (512) 306-9828 |
| 4 | Facsimile:  (512) 306-9825 |
| 5 | Eric B. Meyertons (admitted pro hac vice) |
|   | emeyertons@intprop.com |
| 6 | MEYERTONS, HOOD, KIVLIN, |
|   | KOWERT & GOETZEL, P.C. |
| 7 | 700 Lavaca, Suite 800 |
|   | Austin, Texas 78701 |
| 8 | (512) 853-8800 (telephone) |
|   | (512) 853-8801 (facsimile) |
| 9 | |
| 10 | Christopher L. Pitet (SBN 196861) |
|    | cpitet@octrials.com |
| 11 | GROBATY AND PITET LLP |
|    | 100 Bayview Circle, Suite 201 |
| 12 | Newport Beach, CA  92660 |
|    | (949) 502-7760 (telephone) |
| 13 | (949) 502-7762 (facsimile) |
| 14 | ATTORNEYS FOR PLAINTIFF |
|    | LARGE AUDIENCE DISPLAY SYSTEMS LLC |
| 15 | |
| 16 | JEFFER MANGELS BUTLER & MITCHELL LLP |
|    | ROD S. BERMAN (Bar No. 105444), rxb@jmbm.com |
| 17 | STANLEY M. GIBSON (Bar No. 162329); smg@jmbm.com |
|    | JESSICA C. BROMALL (Bar No. 235017), jzb@jmbm.com |
| 18 | 1900 Avenue of the Stars, Seventh Floor |
|    | Los Angeles, California  90067-4308 |
| 19 | Telephone:  (310) 203-8080 |
|    | Facsimile:   (310) 203-0567 |
| 20 | Attorneys for Plaintiff SHIMANO AMERICAN |
|    | CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGE AUDIENCE DISPLAY SYSTEMS, LLC | CASE NO.  CV11-03398-AHM (RZx) |
| Plaintiff, | **LADS' REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE LAKERS PURSUANT TO FED. R. CIV. P. 41(a)(2)** |
| v. | |
| TENNMAN PRODUCTIONS, LLC, JUSTIN TIMBERLAKE, THE LOS | |

PRINTED ON RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Mitchell LLP

1  ANGELES LAKERS, INC., BRITNEY
   TOURING, INC., BRITNEY SPEARS,
2  STEVE DIXON and MUSIC TOUR
   MANAGEMENT, INC.,
3
             Defendants.
4

5

6       Plaintiff Large Audience Display Systems, LLC ("Plaintiff") hereby dismisses

7  with prejudice all claims against defendant The Los Angeles Lakers, Inc.

8  ("Defendant"), and no other defendant, pursuant to Fed. R. Civ. P. 41(a)(2).  Plaintiff

9  and Defendant stipulate, through their undersigned counsel, that each party shall bear

10 its own costs and attorneys' fees and respectfully request the Court enter dismissal

11 with prejudice of all claims against Defendant The Los Angeles Lakers, Inc.

12 DATED:  August 8, 2012          JEFFER MANGELS BUTLER & MITCHELL LLP
13                                  ROD S. BERMAN
                                    STANLEY M. GIBSON
14                                  JESSICA C. BROMALL

15                                  By:   /Jessica C. Bromall/

16                                        JESSICA C. BROMALL
                                    Attorneys for Defendant THE LOS ANGELES
17                                  LAKERS, INC.

18 DATED:  August 8, 2012          THE BURK LAW FIRM, P.C.

19
                                    By:   /Ryan Beard
20
                                          RYAN BEARD
21                                  Attorneys for Plaintiff LARGE AUDIENCE
                                    DISPLAY SYSTEMS, LLC
22

---

LA 8917280v1

- 2 -

LADS' REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THE LAKERS