Michael G. Burk (admitted *pro hac vice*)
burk@burklaw.com
The BURK LAW FIRM, P.C.
248 Addie Roy Road, Suite A-203
Austin, Texas 78746
Phone:  (512) 306-9828
Facsimile:  (512) 306-9825

[Additional Counsel for Plaintiff Listed on Signature Page of Plaintiff's Response]

*Attorneys for Plaintiff Large Audience Display Systems LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGE AUDIENCE DISPLAY SYSTEMS LLC<br><br>    Plaintiff,<br><br>-vs-<br><br>TENNMAN PRODUCTIONS, LLC, et al.<br><br>    Defendants. | CASE NO. CV 11-03398 R (RZx)<br><br>**DECLARATION OF MICHAEL BURK IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR RECOVERY OF ATTORNEYS' FEES, COSTS AND EXPENSES**<br><br>Hon. Manuel Real |

1

1.     My name is Michael G. Burk. I am over the age of 21, of sound mind, and competent to make this declaration. I am one of the counsel of record for Plaintiff Large Audience Display Systems LLC ("LADS") in the above-mentioned proceeding. This Declaration is submitted in support of Plaintiff's Response in Opposition to Defendants Motion for Recovery of Attorneys' Fees, Costs and Expenses. I have personal knowledge of the facts contained herein.

2.     I am the senior trial attorney for the Burk Law Firm, P.C., which has long been an AV-rated firm. I have been licensed to practice and have been practicing law in the state of Texas for over 30 years. I am also admitted to practice before: the U.S. District Courts for the Eastern, Southern and Western Districts of Texas; the United States Court of Appeals for the Fifth Circuit; and the U.S. Supreme Court. I obtained a B.A., with honors, from the University of Texas in 1973 and an M.A. from the University of Texas in 1976. In 1979 I received an M.A. from Harvard University. In 1982 I obtained my J.D. from the University of Texas.  In 1982 and 1983 I was a Law Clerk to the Honorable James R. Nowlin, U.S. District Court, Western District of Texas. Thereafter, I was a senior trial associate at the Austin-based firm of McGinnis, Lockridge & Kilgore and I was a senior trial associate at the Austin office of Liddell, Sapp, Zivley Hill & La Boon (now Locke Lord). I founded the Burk Law Firm, P.C., a commercial litigation firm, and have been the senior trial attorney there from 1992 to the present. I have prosecuted and tried cases throughout Texas and other states. More than $15,000 in attorney time was necessary in order to draft the Response to Defendants' Motion.

3.     Prior to LADS' dismissal of all claims against former Defendant The Los Angeles Lakers, Inc. (the "Lakers"), LADS and the Lakers resolved their disputes by mutual, confidential agreement after negotiations and mediation that I conducted with the Lakers.

4.     Defendants Tennman Productions, LLC and Justin Timberlake

2

collectively produced only 928 pages of documents in response to the requests for production that LADS propounded on them in this case.  Defendants Spears King Pole, Inc. and Britney Spears collectively produced only 2,441 pages of documents in response to the requests for production that LADS propounded on them in this case.

  5. I on behalf of LADS consented to multiple extensions sought by the Defendants in this case to file their answers.  I agreed to these extensions based upon Defendants' representations that they were willing to engage in good faith settlement discussions with LADS.

  6. Attached as "**Exhibit 1**" is a true and correct copy of the Certificate of Reinstatement that the Texas Secretary of State issued with respect to LADS on July 20, 2015.

  7. Attached as "**Exhibit 2**" is a true and correct copy of a report from the United States Patent and Trademark Office regarding the patent at issue in this lawsuit (Patent No. 6669346) showing that LADS has until December 30, 2015 to pay the Maintenance Fees for the patent.

  8. Attached as "**Exhibit 3**" is a true and correct copy of the Settlement Discussion Agreement dated December 22, 2009, which I participated in the drafting of and which I signed on behalf of LADS.

  9. Filed under a notice of lodging as "**Exhibit 4**" is a true and correct copy of a DVD of the "Justin Timberlake Futuresex/Loveshow – Live from Madison Square Garden" which is publicly-available through many retail outlets, including Amazon.

  10. Filed separately under seal as "**Exhibit 5**" is a true and correct copy of a photograph produced by Defendant Tennman Productions, LLC in this case which was bates-numbered "TENM 000040."

  11. Filed separately under seal as "**Exhibit 6**" are true and correct copies of photographs produced by Defendant Tennman Productions, LLC in this case which were bates-numbered "TENM 000537" and "TENM 000041."

12. Filed separately under seal as "**Exhibit 7**" is a true and correct copy of a photograph produced by Defendant Tennman Productions, LLC in this case which was bates-numbered "TENM 00001."

13. Attached as "**Exhibit 8**" is a true and correct copy of an article entitled "Intimacy Problems at the Love Show" by Peter Crawley dated May 26, 2007, which is published online by "The Irish Times" at http://www.irishtimes.com/news/intimacy-problems-at-the-love-show-1.1207722 .

14. Attached as "**Exhibit 9**" is a true and correct copy of an article entitled "The Evolution of Justin Timberlake" by Robert Spuhler dated February 17, 2014, which is published online by "amNewYork" at http://www.amny.com/entertainment/the-evolution-of-justin-timberlake-1.7110883 .

15. Attached as "**Exhibit 10**" is a true and correct copy of an article entitled "Review: JT's First Australian Show" dated June 18, 2007, which is published online by "NineMSN" at http://www.ninemsn.com.au/article/311734 .

16. Attached as "**Exhibit 11**" is a true and correct copy of an article entitled "Justin Timberlake Concert brings 'SexyBack' to Miami" by Martine Powers from the March 2007 edition of "Outloud" which is published online at
http://www.outloud.com/2007/mar2007/justin.htm

17. Attached as "**Exhibit 12**" is a true and correct copy of an article entitled "Club Justin" by David Barbour which was published in the May 2007 edition of "Lighting & Sound America."

18. Attached as "**Exhibit 13**" are true and correct copies of photographs and images produced by Defendant Spears King Pole, Inc. in this case which were bates-numbered "SKP 001119," "SKP 001115," "SKP 001128," "SKP 001124," SKP 001113," "SKP 001114," "SKP 001122" and "SKP 001123."

19. Attached as "**Exhibit 14**" is a true and correct copy of an article dated June 24, 2015, entitled "Pryor Cashman Wins Dismissal of Patent Infringement Claims

1  Brought Against Clients Britney Spears and Justin Timberlake," which is published
2  online on the Pryor Cashman website at https://www.pryorcashman.com/news-and-
3  insights/pryor-cashman-wins-dismissal-of-patent-infringement-claims-against-spears-
4  and-timberlake.html .

20. Attached as "**Exhibit 15**" is a true and correct copy of the Inter Partes Reexamination Certificate issued on March 23, 2015, by the United States Patent Office for Patent No. 6,669,346 C1, which is the patent at issue in this lawsuit.

21. Attached as "**Exhibit 16**" is a true and correct copy of the Notice of Defective Paper that the United States Patent Office issued on May 14, 2012, in the course of the reexamination of the patent at issue in this lawsuit.

22. Attached as "**Exhibit 17**" is a true and correct copy of the Information Disclosure Statement ("IDS") filed with the United States Patent Office on April 17, 2012, in connection with the reexamination of the patent at issue in this lawsuit.

23. Attached as "**Exhibit 18**" is a true and correct copy of the Amendment; Response to Office Action filed April 28, 2003, for US Pat. Application Serial No. 09/853,915.

24. Attached as "**Exhibit 19**" is a true and correct copy of the Notice of Allowance for US Patent Application No. 09/853,915, dated July 1, 2003.

25. Attached as "**Exhibit 20**" is a true and correct copy of the Patent Owner's Comments After Action Closing Prosecution filed with the United States Patent Office on August 27, 2012.

26. Attached as "**Exhibit 21**" is a true and correct copy of the United States Patent No. 6,669,346 B2 dated December 30, 2003.

27. Attached as "**Exhibit 22**" is a true and correct copy of the Third Party Requester Comments After Non-Final Action filed with the United States Patent Office by Defendants on April 17, 2012.

28. Attached as "**Exhibit 23**" is a true and correct copy of the Third Party Requester Comments After Action Closing Prosecution filed with the United States Patent Office by Defendants on September 26, 2012.

29. Attached as "**Exhibit 24**" is a true and correct copy of the Third Party Requester Comments After Non-Final Action filed with the United States Patent Office by Defendants on February 27, 2013.

30. Attached as "**Exhibit 25**" is a true and correct copy of the Notification of Defective Paper in a Reexamination issued by the United States Patent Office on March 15, 2013.

31. Attached as "**Exhibit 26**" is a true and correct copy of all of the written responses to interrogatories and requests for production that Defendants Tennman Productions, LLC, Justin Timberlake, Spears King Pole, Inc. and Britney Spears served on LADS in this case.

32. Attached as "**Exhibit 27**" is a true and correct copy of an email dated December 6, 2011, that I sent to counsel for Defendants offering on behalf of LADS to postpone previously-noticed depositions of Defendants until after Defendants' Motion to Stay was decided.

33. In or around the first part of December of 2009, counsel for Defendants explained to me that he was attempting to persuade the insurance company to provide coverage on the claims in this suit, and he followed up on that conversation by copying me on an email sent on December 15, 2009, a true and correct copy of which is marked as "**Exhibit 28**" and is being filed separately under seal.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 22, 2015.

/s/ Michael G. Burk
Michael G. Burk

6