Michael J. Niborski (State Bar No. 192111)
e-mail: mniborski@pryorcashman.com
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel:   (310) 556-9608
Fax:  (310) 556-9670

Andrew S. Langsam (admitted *pro hac vice*)
e-mail: alangsam@pryorcashman.com
**PRYOR CASHMAN LLP**
7 Times Square, 38th Floor
New York, New York 10036-6569
Tel:   (212) 326-0180
Fax:  (212) 515-6969

*Attorneys for Defendants*
Tennman Productions, LLC; Justin Timberlake;
Spears King Pole, Inc.; and Britney Spears

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGE AUDIENCE DISPLAY SYSTEMS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TENNMAN PRODUCTIONS, LLC, JUSTIN TIMBERLAKE, BRITNEY TOURING, INC., BRITNEY SPEARS, STEVE DIXON and MUSIC TOUR MANAGEMENT, INC.,<br><br>Defendants. | Case No. CV 11-03398 R (RZ)<br><br>**DECLARATION OF ANDREW S. LANGSAM IN SUPPORT OF DEFENDANTS' MOTION FOR RECOVERY OF ATTORNEYS' FEES, COSTS, AND EXPENSES**<br><br>Hearing:<br>Date:  To Be Determined<br>Time: 10:00 a.m.<br>Place: Courtroom 880<br>         Roybal Federal Building |

# DECLARATION OF ANDREW S. LANGSAM

I, Andrew S. Langsam, hereby declare as follows:

1. I am a partner with the law firm of Pryor Cashman LLP ("Pryor Cashman"), counsel of record for Defendants Tennman Productions, LLC, Justin Timberlake, Britney Spears, and Spears King Pole, Inc. (collectively, "Defendants") in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, except for those matters stated to be based upon my information and belief, and if called upon to do so I could and would competently testify thereto.

2. I submit this Declaration in support of the concurrently filed Reply Brief in Support of Motion for Recovery of Attorneys' Fees, Costs, and Expenses.

3. Attached hereto as Exhibit A is a true and correct copy of the Pryor Cashman website biography of partner Andrew S. Langsam.

4. Attached hereto as Exhibit B is a true and correct copy of the Pryor Cashman website biography of partner Michael J. Niborski.

5. Attached hereto as Exhibit C is a true and correct copy of the Day Pitney LLP website biography of former Pryor Cashman associate Ryan S. Osterweil.

6. Attached hereto as Exhibit D is a true and correct copy of the archived Pryor Cashman website biography of former associate Stephanie R. Kline.

7. Attached hereto as Exhibit E is a true and correct copy of the Kane Kessler, P.C. website biography of former Pryor Cashman partner Barry E. Negrin.

8. Attached hereto as Exhibit F is a true and correct copy of the Pryor Cashman website biography of partner Brad D. Rose.

9. Attached hereto as Exhibit G is a true and correct copy of the Cowan, Liebowitz & Latman, P.C. website biography of former Pryor Cashman associate Dasha Chestukhin.

10. Attached hereto as <u>Exhibit H</u> is a true and correct copy of the archived Pryor Cashman website biography of former associate Erich C. Carey.

11. Attached hereto as <u>Exhibit I</u> is a true and correct copy of the Pryor Cashman website biography of special counsel (and, previously, associate) Sarah E. Bell.

12. Attached hereto as <u>Exhibit J</u> is a true and correct copy of the Pryor Cashman website biography of partner Perry M. Amsellem.

13. Attached hereto as <u>Exhibit K</u> is a true and correct copy of the Pryor Cashman website biography of associate Elizabeth S. Warner.

14. Attached hereto as <u>Exhibit L</u> is a true and correct copy of the Pryor Cashman website biography of associate Rebecca Rothkopf.

15. Attached hereto as <u>Exhibit M</u> is a true and correct copy of the archived Pryor Cashman website biography of former associate Leighton E. Dellinger.

16. Attached hereto as <u>Exhibit N</u> is a true and correct copy of the archived Pryor Cashman website biography of former partner James R. Klaiber.

17. Attached hereto as <u>Exhibit O</u> is a true and correct copy of the Pryor Cashman website biography of partner Robert J. deBrauwere.

18. Attached hereto as <u>Exhibit P</u> is a true and correct copy of the Martindale.com attorney profile of former Pryor Cashman counsel Mark A. Tamoshunas.

19. Attached hereto as <u>Exhibit Q</u> is a true and correct copy of the Pryor Cashman website biography of special counsel Philippe Zylberg.

20. Attached hereto as <u>Exhibit R</u> is a true and correct copy of the Pryor Cashman website biography of associate Darius K.C. Zolnor.

21. The biographies attached hereto reflect the expertise and number of years of experience of each individual attorney who billed time to this matter.

I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed on April 28, 2017, at New York, New York.

                          */s/ Andrew S. Langsam*_____
                          Andrew S. Langsam