Benjamin S. Akley (SBN 278506)
PRYOR CASHMAN LLP
1801 Century Park E 24th Fl
Los Angeles, CA 90067
310-683-6641

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGE AUDIENCE DISPLAY SYSTEMS, LLC, <br><br> PLAINTIFF(S) <br><br> v. <br><br> TENNMAN PRODUCTIONS, LLC, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 11-CV-3398-R <br><br><br> **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of Los Angeles
☐ State of _____, County of _____

I, Benjamin S. Akley, hereby state under penalty of perjury that,

1. Judgment for $ 759,523.86 was entered on June 9, 2017 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Defendants as Judgment Creditor, and against Plaintiff as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
   $ 105,501.63 accrued interest, computed at 10 % (See note.)
   $ _____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, State of CA, this 29 date of October, 2018.

_____
Signature

*****Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)   AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION